1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. GOLDSTEIN, | ) Case No. CV 09-7073 GW(JC) |
| Petitioner, | ) |
| | ) ORDER ADOPTING FINDINGS, |
| v. | ) CONCLUSIONS, AND |
| | ) RECOMMENDATIONS OF UNITED |
| LINDA SANDERS, | ) STATES MAGISTRATE JUDGE |
| Respondent. | ) |
| | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and adopts the Report and Recommendation.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

///
///
///
///
///

1

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2   Report and Recommendation, and the Judgment herein on petitioner and on any

3   counsel for respondent.

4   LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6   DATED:  April 19, 2010

7   _____

8   HONORABLE GEORGE H. WU
    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28