UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT L. GOLDSTEIN, | ) | Case No. CV 09-7073 GW(JC) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| LINDA SANDERS | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

_____

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody is denied and this action is dismissed without prejudice.

DATED: April 19, 2010

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1